UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-20068 |
| ) | |
| ERICA KULAK, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

On April 3, 2013, a Report and Recommendation (#89) was filed by United States Magistrate Judge David G. Bernthal in the above cause. More than ten (10) days have elapsed since the filing of the recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1).

This court therefore approves the recommendation of the Magistrate Judge. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the defendant's plea of guilty is accepted by the Court and the defendant is adjudged guilty. The Court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for August 1, 2013, at 2:30 p.m.

ENTERED this 26th day of April, 2013

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE